# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| ROBERT HUDDLESTON | ] | |
| :--- | :--- | :--- |
| Plaintiff, | ] | |
| | ] | |
| v. | ] | No. 3:15-0839 |
| | ] | Judge Trauger |
| WILSON COUNTY SHERIFF'S | ] | |
| DEPARTMENT, et al. | ] | |

## O R D E R

Presently before the Court are defendants' Motion to Dismiss (Docket Entry No. 25), plaintiff's objection (Docket Entry No. 39) to the Motion to Dismiss, a Report and Recommendation (Docket Entry No. 45) from the Magistrate Judge finding merit in the Motion to Dismiss, plaintiff's "Motion to Adjection" (Docket Entry No. 48) and defendants' Response (Docket Entry No. 49) to the "Motion to Adjection".

The Court has conducted a *de novo* review of these pleadings and the record in this case. 28 U.S.C. § 636(b)(1)(C).

The plaintiff alleges that the remaining defendants (Lt. Whitefield and Officer Bennett) retaliated against him for the filing of grievances at the Wilson County Jail. For this misconduct, he seeks their resignations as the sole remedy for his claims against them. Docket Entry No. 1 at pg. 14.

The Magistrate Judge has concluded that the plaintiff can not be given the relief he seeks because Officer Bennett had already resigned from his position, Docket Entry No. 38, and, in any event, the Court has no authority to order a county to terminate the employment, or otherwise

discipline, a corrections officer. Street v. Rodriguez, 2014 WL 840083 at pg. 5 (E.D. Mich.; 3/2/14). The Magistrate Judge further found that the plaintiff had failed to make a *prima facie* showing of retaliation against Lt. Whitefield.

In his "Motion to Adjection", the plaintiff alleges additional claims of racial and religious bias at the Jail and reiterates his claims against Lt. Whitefield. He has not, however, set forth specific objections to the conclusions reached by the Magistrate Judge.

Having considered the Report and Recommendation along with the parties' pleadings and objections, the Court finds that the plaintiff's objections as they are lack merit. Therefore, the plaintiff's objections are OVERRULED. The Report and Recommendation is ADOPTED AND APPROVED in all respects. Defendants' Motion to Dismiss is GRANTED and this action is hereby DISMISSED.

It is so ORDERED.

_____
Aleta A. Trauger
United States District Judge